

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
## FORT WORTH

### NO. 02-17-00348-CR
### No. 02-17-00349-CR

KEVIN BRIAN MORRIS                                                    APPELLANT

V.

THE STATE OF TEXAS                                                           STATE

----------

FROM THE 371ST DISTRICT COURT OF TARRANT COUNTY
TRIAL COURT NOS. 1512506D, 1516801W

----------

## MEMORANDUM OPINION[1]

----------

Appellant Kevin Brian Morris attempts to appeal from two judgments convicting him of theft under $2,500 with two or more previous convictions. Each trial court certification states that this "is a plea-bargain case, and the defendant has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). On November 17, 2017, we notified Morris that the appeals may be dismissed pursuant to the trial

---

[1]*See* Tex. R. App. P. 47.4.

court's certifications unless he or any party desiring to continue the appeals filed a response showing grounds for continuing the appeals. *See* Tex. R. App. P. 25.2(d), 44.3. Morris filed a response, but it does not show grounds for continuing the appeals. Therefore, in accordance with the trial court's certifications, we dismiss these appeals. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL: MEIER, GABRIEL, and KERR, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: December 28, 2017